GLOVERSVILLE KNITTING COMPANY, Respondent, v. HERBERT ROTHSTEIN & KAY, INC., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

FRANCIS KOUROFSKY, an Infant, by ALEX KOUROFSKY, His Guardian ad Litem, Respondent, v. THE DELAWARE AND HUDSON RAILROAD CORPORATION, Appellant. — Motion for leave to amend the return by inserting the affidavits used on the motion to change the place of trial denied. Order appealed from modified by requiring the plaintiff to serve a bill of particulars as to the first, second, third, fifth and seventh items set forth in the demand for a bill of particulars, within ten days after service of a copy of the order to be entered hereon, and the order, as so modified, is affirmed, without costs. Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ., concur.

JOHN SELLEY, JR., Appellant, v. NORTHERN INSURANCE COMPANY OF NEW YORK, Respondent.— Order, setting aside verdict, is affirmed, with costs, unless, within twenty days from the service of a copy of the order to be entered hereon, the plaintiff stipulates to reduce the verdict to $3,750, in which event the order is reversed, on the law and facts, the verdict reduced to $3,750, and as so reduced the verdict is reinstated. Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur; Rhodes, J., dissents and votes to reverse the order and to reinstate the verdict.

PETER HOULE, Appellant, v. GUSTAVE HILSE and Another, Respondents.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

FRANCIS LANGAN, Respondent, v. SEYMOUR TRASK, Appellant.— Order reversed, on the law and facts, with costs, and verdict reinstated, on the ground that there was a question of fact for the jury, and the evidence fully supported the verdict. Rhodes, Bliss and Heffernan, JJ., concur; Hill, P. J., and Crapser, J., dissent.

SULLIVAN COUNTY OIL COMPANY, INC., Respondent, v. PAUL BECK, Appellant. — Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

PAUL KOESTER and Another, Appellants, v. BETHEL LAND & IMPROVEMENT COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THOMAS F. FAHEY, Respondent, v. THOMAS P. B. KENNEDY and Another, Doing Business under the Firm Name and Style of KENNEDY BROTHERS, and also under the Name of KENNEDY GARAGE, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

KENNEDY VAN SAUN MANUFACTURING & ENGINEERING CORPORATION, Appelland, v. MILLER BROS. CONSTRUCTION COMPANY, INC., Respondent.— Motion for leave to appeal granted. The court certifies that in its opinion a question of law is involved which ought to be reviewed by the Court of Appeals. [See 240 App. Div. 928, 935.] Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.